IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>and STATE OF NEBRASKA, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | 8:11CV274 |
| V. | )<br>) | |
| STABL, INC., | )<br>) | ORDER |
| Defendant. | )<br>) | |

This matter is before the Court on the motion to permit Jason Brinkley to withdraw as counsel of record for Defendant. (Filing 53.) Upon the representation that Defendant will continue to be represented in this matter, the motion will be granted.

Accordingly,

**IT IS ORDERED:**

1. The Motion for Partial Withdrawal of Counsel (filing 53) is granted.

2. The Clerk of Court shall terminate the appearance of Jason Brinkley as counsel for Defendant and shall terminate future notices to him in this matter.

**DATED November 26, 2012.**

BY THE COURT:

**S/ F.A. Gossett
United States Magistrate Judge**