IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br>and THE STATE OF NEBRASKA,<br><br>   Plaintiffs,<br><br>   vs.<br><br>STABL, INC. (f/k/a Nebraska<br>By-Products, Inc.),<br><br>   Defendant. | Case No. 8:11cv274<br><br>ORDER AMENDING<br>TRIAL DATE |

Due to the non-jury trial scheduled to begin May 7, 2013, and expected to last approximately 14 days, the trial in this case will be rescheduled.  Therefore,

**IT IS ORDERED:**

1.  The jury trial before Chief Judge Laurie Smith Camp is continued from the week of May 20, 2013 to the week of **September 17, 2013.**

2.  The pretrial conference before Magistrate Judge F.A. Gossett is continued from May 3, 2013 to **Monday, August 26, 2013 at 9:30 A.M.**

**Dated this 24th day of April 2013.**

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge