# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>STABL, INC., LANT, INC., LEON JOHNSON, AND ANN JOHNSON,<br><br>　　　　　　　Defendants. | 8:16CV233<br><br>REASSIGNMENT ORDER |

This matter is before the Court on its own motion. It has come to the Court's attention that the above captioned case is related to *United States of America et al v. STABL, Inc.*, Case No. 8:11-cv-274. After a review of the matter, the Court finds these cases are related within the meaning of NEGenR 1.4(a)(4)(C)(iii). Accordingly,

IT IS ORDERED:

1. The above case is reassigned to Chief District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters; and

2. The Clerk of Court will file this order in Case No. 8:11-cv-274.

Dated this 10th day of June, 2016

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge