# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **STATE OF NEBRASKA,**<br><br>    Plaintiff,<br><br> vs.<br><br>**STABL, INC. (f/k/a Nebraska By-Products, Inc.), LANT, INC., LEON JOHNSON, AND ANN JOHNSON,**<br><br>    Defendants. | **8:16CV351**<br><br>**REASSIGNMENT ORDER** |

  This matter is before the Court on its own motion. It has come to the Court's attention that the above captioned case is related to *United States of America, et al. v. STABL, Inc.*, Case No. 8:11-cv-274 and *United States of America v. STABL, Inc. et al.*, Case No. 8:16-cv-233. After a review of the matter, the Court finds these cases are related within the meaning of NEGenR 1.4(a)(4)(C)(iii). Accordingly,

  IT IS ORDERED:

  1. The above case is reassigned to Chief District Judge Laurie Smith Camp for disposition and to Magistrate Judge F.A. Gossett for judicial supervision and processing of all pretrial matters; and

  2. The Clerk of Court will file this order in Case No. 8:11-cv-274 and Case No. 8:16cv233.

Dated this 19th day of July, 2016.

                BY THE COURT:

                s/Laurie Smith Camp
                Chief United States District Judge